UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

ALIM R. BOWMAN, DEBTOR

Case No.:      18-18610 SLM_

Chapter:       13_

Hearing Date:  5/13/20 @ 8:30

Judge:         Stacey L. Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Modified Chapter 13 Plan.  A new plan was filed.

_____

Date: APRIL 23, 2020       _            /S/ HERBERT B . RAYMOND_
                                        Signature

*rev.8/1/15*