```
Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
-------------------------------------------------------------------
IN RE:                              | UNITED STATES BANKRUPTCY COURT
                                    | DISTRICT OF NEW JERSEY
                                    | CHAPTER 13
                                    | CASE NO.: 18-18610 (SLM)
  ALIM BOWMAN,                      |
                                    |
  10 Harrison Avenue                |
  West Orange, NJ 07052             |
                                    |
  xxx-xx-2799                       |
                                    |
  DEBTOR(S)                         |
-------------------------------------------------------------------
```

**DEBTOR'S CERTIFICATION RELATING
TO MODIFIED CHAPTER 13 PLAN**

Alim Bowman, Debtor in the above-captioned matter, of full age, hereby certifies as follows:

1. I am the Debtor in the above-captioned matter and I am filing this brief certification in support of the Modified Chapter 13 Plan which was filed.

2. Specifically, the Certification relates to the extension of the plan, under the 'Cares Act', Section 1113, to seven years. That Section of the newly enacted law amends Section 1329 of the Bankruptcy Code by allowing plan modification, upon the Debtor's request.  It allows modification if:

a. "the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID-19) pandemic; and the modification is approved after notice and a hearing.

3. A plan under this section, "may not provide

for payments over a period that expires more than 7 years after the time that the first payment under the original confirmed plan was due."

4. I believe that I have directly experienced a material financial hardship as a result of the health pandemic allowing the plan extension to seven years as provided for in the Cares Act.

5. I cannot return to work as a carpenter because of the Corona Virus issues.  The entire Union is  basically shut down now, because it is considered to be non-essential, it is shut down at the moment because of the health issues.

6. It may be months before any complete shutdown is even lifted and I am able to work again in my full capacity.

7. So though I was originally out of work because of health issues due to my ruptured appendix, now, because of the health pandemic, I am not able to obtain employment as a Union carpenter and it will likely be many months before I can work again because of the health crisis.

8. For these reasons, the health pandemic is causing me to face serious financial hardship, qualifying me for an extension of the plan term, to the maximum seven year period allowed under the statute/act.

9. I certify that this information is true and correct.

Dated: April 18, 2020          /S/ ALIM BOWMAN
                               -------------------------------------
                               ALIM BOWMAN, DEBTOR