| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) |
| In Re:<br>ALIM R. BOWMAN, DEBTOR |

Case No.:     18-18610 SLM_

Chapter:      13_

Hearing Date:  5/13/20 @ 8:30

Judge:        Stacey L. Meisel

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Modified Chapter 13 Plan.  A new plan was filed.

_____

Date: APRIL 23, 2020          _          /S/ HERBERT B . RAYMOND_
                                          Signature

*rev.8/1/15*