Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18610−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on January 11, 2019.

On 06/26/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             July 22, 2020
Time:             08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 26, 2020
JAN: sjp

                                                      Jeanne Naughton
                                                      Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-18610-SLM
Alim R Bowman                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 26, 2020
                              Form ID: 185             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Alim R Bowman,    10 Harrison Avenue,    West Orange, NJ 07052-5912
cr             +Flagship Credit Acceptance LLC,    c/o Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3124
cr             +Flagship Credit Corporation,    C/O Morton & Craig, LLC,    110 Marter Ave,    Suite 301,
                 Moorestown, NJ 08057-3124
cr             +THE MONEY SOURCE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517484507      +AHS Hospital Corp.,    PO Box 35510,    Newark, NJ 07193-0001
517484508      +AHS Hospital Corporation,    Attn: Richard Krieg, Esq.,    17 Prospect Street,
                 Morristown, NJ 07960-6862
517484509      +American Diagnostic Imaging,    9-25 Alling Street,    Newark, NJ 07102-5376
517484510      +Automobile Insurance Surcharge Collectio,    PO Box 4850,    Trenton, NJ 08650-4850
517583969       EMERGENCY ASSOCIATES OF MONTCLAIR,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                 KNOXVILLE,TN 37950-0250
517484514      +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
517484515       First Progress,    PO Box 9053,    Johnson City, TN 37615-9053
517484518      +IC System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517484519      +Michael Harrison, Esq.,    3155 Route 10 East, Ste. 214,    Denville, NJ 07834-3430
517484520      +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Ste. 100,
                 Mount Laurel, NJ 08054-3437
517484521      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517484522      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517484527      +The Money Source Inc,    500 S Broad Street,    Meriden, CT 06450-6755
517484528       Transworld,    PO Box 15618, Dept. 940,    Wilmington, DE 19850-5618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517632292       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:31:52
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517484511       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2020 01:32:19     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517484512      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2020 01:32:18     Capital One,
                 PO Box 85617,    Richmond, VA 23285-5617
517484513       E-mail/Text: documentfiling@lciinc.com Jun 27 2020 01:26:35     Comcast,    PO Box 27505,
                 Newark, NJ 07101
517635522      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 27 2020 01:28:23     FLAGSHIP CREDIT ACCEPTANCE,
                 PO BOX 3807,    Coppell, TX 75019-5877
517484517      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 27 2020 01:28:23     Flagship Credit Acceptance,
                 3 Christy Drive, Ste. 201,    Chadds Ford, PA 19317-9670
517592591      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2020 01:28:01     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517634831      +E-mail/Text: bncmail@w-legal.com Jun 27 2020 01:28:20     SYNCHRONY BANK / Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517484523      +E-mail/Text: bankruptcy@savit.com Jun 27 2020 01:29:11     Sa-vit Collection Agency,
                 46 W Ferris Street,    East Brunswick, NJ 08816-2159
517484524      +E-mail/Text: bankruptcy@sw-credit.com Jun 27 2020 01:28:06     Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1958
517525040      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2020 01:33:34     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517484529      +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2020 01:28:57     Transworld System Inc.,
                 500 Virginia Drive, Ste. 514,    Fort Washington, PA 19034-2733
517607850      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2020 01:33:34     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517634552       THE MONEY SOURCE, INC.
517484525*     +Southwest Credit Systems,    4120 International Parkway,    Carrollton, TX 75007-1958
517484526*     +Southwest Credit Systems,    4120 International Parkway,    Carrollton, TX 75007-1958
517484516     ##+First Progress/First Equity,    PO Box 84010,    Columbus, GA 31908-4010
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jun 26, 2020
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    THE MONEY SOURCE, INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Alim R Bowman herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Flagship Credit Acceptance LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Flagship Credit Corporation ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sherri Jennifer Smith    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```