UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 8, 2020**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

     ALIM BOWMAN,

     DEBTOR(S)

Case No.:  18-18610 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is
hereby **ORDERED**.

**DATED: July 8, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Alim Bowman, Debtor(s)

Case no.: 18-18610 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,850.00** for services rendered and expenses in the amount **$0.00** for a total of **$1,850.00.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-18610-SLM
Alim R Bowman                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 08, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Alim R Bowman,    10 Harrison Avenue,    West Orange, NJ 07052-5912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
            Andrew L. Spivack    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
            Denise E. Carlon    on behalf of Creditor    THE MONEY SOURCE, INC. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Herbert B. Raymond    on behalf of Debtor Alim R Bowman herbertraymond@gmail.com,
             raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
             ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
             ls789@gmail.com
            John R. Morton, Jr.    on behalf of Creditor    Flagship Credit Acceptance LLC
             ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
            John R. Morton, Jr.    on behalf of Creditor    Flagship Credit Corporation ecfmail@mortoncraig.com,
             mortoncraigecf@gmail.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Sherri Jennifer Smith    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com,
             nj.bkecf@fedphe.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 8