UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

ALIM R. BOWMAN, DEBTOR

Case No.:        18-18610_ SLM

Chapter:         13_

Hearing Date:  N/A

Judge:            STACEY L. MEISEL

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Modified Chapter 13 Plan. A new plan is being filed immediately. There was a mistake pertaining to the plan term, which is being corrected.

_____

Date: JANUARY 6, 2021                    /S/ HERBERT B . RAYMOND_
                                          Signature

*rev.8/1/15*