Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18610−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 22, 2020.

On 01/06/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                   February 10, 2021
Time:                    08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 6, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-18610-SLM
Alim R Bowman  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Jan 06, 2021     Form ID: 185     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alim R Bowman, 10 Harrison Avenue, West Orange, NJ 07052-5912 |
| cr | + | Flagship Credit Acceptance LLC, c/o Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | Flagship Credit Corporation, C/O Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | THE MONEY SOURCE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517484507 | + | AHS Hospital Corp., PO Box 35510, Newark, NJ 07193-0001 |
| 517484508 | + | AHS Hospital Corporation, Attn: Richard Krieg, Esq., 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517484509 | + | American Diagnostic Imaging, 9-25 Alling Street, Newark, NJ 07102-5376 |
| 517484510 | + | Automobile Insurance Surcharge Collectio, PO Box 4850, Trenton, NJ 08650-4850 |
| 517484514 | + | East Orange General Hospital, 300 Central Avenue, East Orange, NJ 07018-2897 |
| 517484515 | | First Progress, PO Box 9053, Johnson City, TN 37615-9053 |
| 517484518 | + | IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517484519 | + | Michael Harrison, Esq., 3155 Route 10 East, Ste. 214, Denville, NJ 07834-3430 |
| 517484520 | + | Phelan, Hallinan, Diamond & Jones, PC, 400 Fellowship Road, Ste. 100, Mount Laurel, NJ 08054-3437 |
| 517484521 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517484522 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517484527 | + | The Money Source Inc, 500 S Broad Street, Meriden, CT 06450-6755 |
| 517484528 | | Transworld, PO Box 15618, Dept. 940, Wilmington, DE 19850-5618 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517632292 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:11:14 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517484511 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:11:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517484512 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:13:30 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517484513 | | Email/Text: documentfiling@lciinc.com | Jan 06 2021 21:49:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 517635522 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 06 2021 21:50:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, Coppell, TX 75019-5877 |
| 517484517 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 06 2021 21:50:00 | Flagship Credit Acceptance, 3 Christy Drive, Ste. 201, Chadds Ford, PA 19317-9670 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517592591 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2021 21:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517634831 | + | Email/Text: bncmail@w-legal.com | Jan 06 2021 21:50:00 | SYNCHRONY BANK / Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517484523 | + | Email/Text: bankruptcy@savit.com | Jan 06 2021 21:51:00 | Sa-vit Collection Agency, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 517484524 | + | Email/Text: bankruptcy@sw-credit.com | Jan 06 2021 21:50:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517525040 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 22:13:59 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517484529 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2021 21:50:00 | Transworld System Inc., 500 Virginia Drive, Ste. 514, Fort Washington, PA 19034-2733 |
| 517607850 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 22:11:27 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517583969 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 06 2021 21:49:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517634552 | | THE MONEY SOURCE, INC. |
| 517484525 | *+ | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517484526 | *+ | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517484516 | ##+ | First Progress/First Equity, PO Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE  INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 06, 2021 | Form ID: 185 | Total Noticed: 33

|  |  |
|---|---|
|  | on behalf of Debtor Alim R Bowman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Acceptance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6