HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  ALIM R BOWMAN
10 HARRISON AVENUE
WEST ORANGE, NJ  07052

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-18610

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $69,809.00**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/16/2018 | $445.00 | 4918268000 | 07/02/2018 | $445.00 | 5037848000 |
| 08/01/2018 | $445.00 | 5115043000 | 08/28/2018 | $445.00 | 5184817000 |
| 10/01/2018 | $445.00 | 5271312000 | 12/03/2018 | $890.00 | 5438814000 |
| 02/11/2019 | $1,335.00 | 5613380000 | 04/01/2019 | $445.00 | 5746994000 |
| 05/03/2019 | $445.00 | 5834320000 | 06/03/2019 | $445.00 | 5907391000 |
| 07/01/2019 | $445.00 | 5981316000 | 08/01/2019 | $445.00 | 6059252000 |
| 08/27/2019 | $445.00 | 6125814000 | 10/02/2019 | $458.00 | 6220108000 |
| 11/01/2019 | $458.00 | 6296746000 | 12/02/2019 | $458.00 | 6370452000 |
| 01/03/2020 | $458.00 | 6448718000 | 02/03/2020 | $458.00 | 6528982000 |
| 03/02/2020 | $458.00 | 6602863000 | 06/08/2020 | $901.00 | 6851071000 |
| 06/10/2020 | $241.00 | 6856377000 | 07/01/2020 | $572.00 | 6907925000 |
| 07/30/2020 | $571.00 | 6973603000 | 08/26/2020 | $571.00 | 7037077000 |
| 10/01/2020 | $571.00 | 7124785000 | | | |

**Total Receipts: $13,295.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $13,295.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FLAGSHIP CREDIT ACCEPTANCE | | | | | | |
| | 03/18/2019 | $30.66 | 821,176 | 05/20/2019 | $8.01 | 825,184 |
| | 06/17/2019 | $10.71 | 827,222 | 07/15/2019 | $427.20 | 829,080 |
| | 08/19/2019 | $8.11 | 830,992 | 08/19/2019 | $103.80 | 830,992 |
| | 09/16/2019 | $10.71 | 833,035 | 10/21/2019 | $10.71 | 835,015 |
| | 11/18/2019 | $10.88 | 837,114 | 12/16/2019 | $10.88 | 839,035 |
| | 01/13/2020 | $10.88 | 840,909 | 02/10/2020 | $10.88 | 842,789 |

**Chapter 13 Case # 18-18610**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| THE MONEY SOURCE INC | | | | | | | |
| | 03/18/2019 | $1,192.39 | 820,775 | | 05/20/2019 | $311.63 | 824,791 |
| | 06/17/2019 | $416.49 | 826,858 | | 08/19/2019 | $315.29 | 830,590 |
| | 09/16/2019 | $416.49 | 832,677 | | 10/21/2019 | $416.49 | 834,636 |
| | 11/18/2019 | $423.30 | 836,756 | | 12/16/2019 | $423.30 | 838,697 |
| | 01/13/2020 | $423.30 | 840,581 | | 02/10/2020 | $423.30 | 842,455 |
| | 03/16/2020 | $423.30 | 844,326 | | 04/20/2020 | $423.30 | 846,272 |
| | 09/21/2020 | $160.63 | 855,339 | | 09/21/2020 | $124.75 | 855,339 |
| | 10/19/2020 | $297.29 | 857,256 | | 10/19/2020 | $230.89 | 857,256 |
| | 11/16/2020 | $297.29 | 859,065 | | 11/16/2020 | $230.89 | 859,065 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 741.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,950.00 | 100.00% | 4,950.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN DIAGNOSTIC IMAGING | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AUTOMOBILE INSURANCE SURCHARGE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | MIDLAND FUNDING LLC | UNSECURED | 4,043.38 | * | 0.00 | |
| 0006 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FIRST PROGRESS/FIRST EQUITY | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FLAGSHIP CREDIT ACCEPTANCE | VEHICLE SECURE | 122.43 | 100.00% | 122.43 | |
| 0012 | IC SYSTEM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SOUTHWEST CREDIT SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | THE MONEY SOURCE INC | MORTGAGE ARRE | 35,391.36 | 100.00% | 6,363.79 | |
| 0021 | TRANSWORLD SYSTEM INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SOUTHWEST CREDIT SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SOUTHWEST CREDIT SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | T MOBILE/T-MOBILE USA INC | UNSECURED | 152.44 | * | 0.00 | |
| 0027 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 603.83 | * | 0.00 | |
| 0028 | VERIZON | UNSECURED | 85.82 | * | 0.00 | |
| 0029 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 45.12 | * | 0.00 | |
| 0030 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 6.79 | * | 0.00 | |
| 0031 | COMENITY CAPITAL BANK/PAYPAL CRE | UNSECURED | 189.06 | * | 0.00 | |
| 0032 | FLAGSHIP CREDIT ACCEPTANCE | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0033 | THE MONEY SOURCE INC | (NEW) MTG Agree | 23,131.16 | 100.00% | 586.53 | |

Total Paid: **$13,295.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $13,295.00   -   Paid to Claims: $7,603.75   -   Admin Costs Paid: $5,691.25   =   Funds on Hand: $0.00

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.