UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 16, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALIM BOWMAN,

DEBTOR(S)

Case No.: 18-18610 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: March 16, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Alim Bowman, Debtor(s)

Case no.: 18-18610 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,100.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,100.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____ outside the plan.

PLAN PAYMENT SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$13,295 paid in through January 2021**

**$571 per month for eight (8) months starting February 2021**

**$1,256 per month for forty-three (43) months starting October 2021**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.