UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 13, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALIM BOWMAN,

DEBTOR(S)

Case No.: 18-18610 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: July 13, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Alim Bowman, Debtor(s)

Case no.: 18-18610 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00** for a total of **$800.00**. The allowance shall be payable

    ___XXXX___ through the Chapter 13 plan as an administrative priority.

    _____ outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 18-18610-SLM
Alim R Bowman   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jul 13, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

**Recip ID**     **Recipient Name and Address**
db     +   Alim R Bowman, 10 Harrison Avenue, West Orange, NJ 07052-5912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor THE MONEY SOURCE  INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor THE MONEY SOURCE  INC. bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Herbert B. Raymond
    on behalf of Debtor Alim R Bowman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Flagship Credit Acceptance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Jul 13, 2021    Form ID: pdf903    Total Noticed: 1

on behalf of Creditor Flagship Credit Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8