Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−18610−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/13/21 at 10:00 AM

to consider and act upon the following:

*131* − Notice of Request for Loss Mitigation re:The Money Source, filed by Herbert B. Raymond on behalf of Alim R Bowman. Objection deadline is 09/23/2021. (Attachments: # 1 Proposed Order Allowing Request for Loss Mitigation # 2 Certificate of Service) (Raymond, Herbert) Modified on 9/9/2021 (Heim, Robert). REQUIRES A HEARING DATE.

Dated: 9/9/21

                                                 Jeanne Naughton
                                                 Clerk, U.S. Bankruptcy Court