# RAYMOND & RAYMOND

**Attorneys at Law**

_Herbert B. Raymond, Esq._
_Jeffrey M. Raymond, Esq._
_Kevin DeLyon, Esq._

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

September 10, 2021

Honorable Stacey Meisel, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

        Re: Alim Bowman
            18-18610
            Chapter 13
        Proceeding: Debtor's Notice of Request for Loss Mitigation
        Hearing Date: October 13, 2021 @ 10:00 AM

Dear Judge Meisel:

    Pursuant to the court's instructions, this letter shall
confirm that my office has notified parties in interest of the
above hearing date.  This letter shall further serve as notice to
all parties of the above hearing date as well.

                        Respectfully Submitted,

                        /s/ HERBERT B. RAYMOND, ESQ.
                        ---------------------------
                        Herbert B. Raymond, Esq.