Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−18610−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/8/21 at 10:00 AM

to consider and act upon the following:

*122* – Creditor's Certification of Default (related document:86 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 07/8/2021. (Attachments: # 1 Certification # 2 Exhibit − Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 11/24/2021 at 10:00 am. The hearing date is Not Peremptory (related document:122 Creditor's Certification of Default filed by Creditor The Money Source Inc.) filed by Marie−Ann Greenberg. (Greenberg, Marie−Ann)

Dated: 9/14/21

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court