| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* | |
| In re:<br><br>Alim R. Bowman<br>                              Debtor. | Chapter 13<br><br>Case No. 18-18610-SLM<br><br>Judge Stacey L. Meisel |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, The Money Source Inc., a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property Address: **10 Harrison Avenue, West Orange, New Jersey 07052**

Loan Number: **xxxxxx4681**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

>Stewart Legal Group, P.L.
>Gavin N. Stewart
>401 East Jackson Street, Suite 2340
>Tampa, FL 33602
>Phone: 813-371-1231
>Fax: 813-371-1232
>gavin@stewartlegalgroup.com

Dated: September 16, 2021

                        By:    */s/Gavin N. Stewart*
                                Gavin N. Stewart, Esq.