Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−18610−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alim R Bowman
    10 Harrison Avenue
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−2799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/8/21 at 10:00 AM

to consider and act upon the following:

*122* − Creditor's Certification of Default (related document:86 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 07/8/2021. (Attachments: # 1 Certification # 2 Exhibit − Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 11/24/2021 at 10:00 am. The hearing date is Not Peremptory (related document:122 Creditor's Certification of Default filed by Creditor The Money Source Inc.) filed by Marie−Ann Greenberg. (Greenberg, Marie−Ann)

Dated: 9/14/21

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-18610-SLM
Alim R Bowman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 14, 2021      Form ID: ntchrgbk      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alim R Bowman, 10 Harrison Avenue, West Orange, NJ 07052-5912 |
| cr | + | Flagship Credit Acceptance LLC, c/o Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | Flagship Credit Corporation, C/O Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | THE MONEY SOURCE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | The Money Source Inc., 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE  INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor THE MONEY SOURCE  INC. bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Alim R Bowman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra |

ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

John R. Morton, Jr.
on behalf of Creditor Flagship Credit Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
on behalf of Creditor Flagship Credit Acceptance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8