UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone:(973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on October 28, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-18610 SLM |
| ALIM R. BOWMAN, DEBTOR(S) | Adv. No.: |
| | Hearing Date: N/A |
| | Judge: STACEY L. MEISEL |

ORDER SUPPLEMENTING ORDER FOR
AUTHORIZATION FOR DEBTOR TO ENTER INTO
FINAL LOAN MODIFICATION

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: October 28, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Alim R. Bowman, Debtor

Case no.: 18-18610 SLM

Caption of order: Order Supplementing Order For Authorization for Debtor to Enter Into Final Loan Modification

_____

1. This order shall supplement the Order Entered by the Court for Authorization for Debtor to Enter Into Final Loan Modification, entered as docket entry one hundred forty-two (142) on October 21, 2021.

2. That the provision in any earlier order, calling for post-petition mortgage arrears to be provided or added to the plan, be and is hereby vacated, because the loan modification calls for all arrearages (whether pre-petition or post-petition), to be included in the new mortgage obligation.