UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on December 21, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALIM BOWMAN,

DEBTOR(S)

Case No.: 18-18610 (SLM)

Adv. No.:

Hearing Date: 12/21/2021

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: December 21, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Alim Bowman, Debtor(s)

Case no.: 18-18610 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,500.00** for services rendered and expenses in the amount **$60.00** for a total of **$2,560.00**. The allowance shall be payable

___XXXX___  through the Chapter 13 plan as an administrative priority.

_____ outside the plan.

Bowman

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.