| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source, Inc.* | |
| In re:<br><br>Alim R. Bowman<br><br>          Debtor. | Chapter: 13<br><br>Case No.: 18-18610-SLM<br><br>Hearing Date: April 27, 2022<br><br>Judge Stacey L. Meisel |

## NOTICE OF MOTION TO VACATE AUTOMATIC STAY

TO: Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052
   Debtor

   Herbert B. Raymond
   7 Glenwood Ave
   Suite #408
   4th Floor
   East Orange, NJ 07017
   Attorney for Debtor

   Marie-Ann Greenberg
   Chapter 13 Standing Trustee
   30 Two Bridges Rd,Suite 330
   Fairfield, NJ 07004-1550

  **PLEASE TAKE NOTICE** that on April 27, 2022 at 10:00 AM or as soon thereafter as counsel can be heard, the undersigned attorney for The Money Source Inc. ("Movant"), will move before United States Bankruptcy Court, Honorable Stacey L. Meisel, U.S.B.J., Courtroom Number

3A, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, for an Order Vacating the Automatic Stay with respect to the following property: 10 Harrison Avenue, West Orange, New Jersey 07052 ("Property").

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the default in post-petition payments due to Movant. Movant asserts that the facts and law it relies upon in making this Motion are neither complicated nor unique, and therefore no brief or legal memorandum is necessary pursuant to D.N.J. LBR 9013-1. Movant shall rely on the Certification and Proposed Order attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested shall be in writing, specify with particularity the basis for such objections, and be filed with the Clerk of Court and served on counsel for Movant, Stewart Legal Group, P.L., 401 East Jackson Street, Suite 2340, Tampa, FL 33602, so as to be received no later than seven (7) days before the return date, in accordance with D.N.J. LBR 9013-2(a). Unless objections are timely filed and served, the Motion may be deemed uncontested.

Dated: April 4, 2022

                                      Stewart Legal Group, P.L.
                                      Attorney for The Money Source Inc.

        By:     */s/Gavin N. Stewart*
                 Gavin N. Stewart, Esq.