

**Order Filed on September 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

    ALIM R BOWMAN

**Case No.:  18-18610 SLM**

**Hearing Date:  9/14/2022**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 15, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ALIM R BOWMAN

Case No.:  18-18610

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 09/14/2022 on notice to HERBERT B.

RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $599.90 to the Trustee's office by 9/30/2022 or the case will be

  dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s)

  and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) are to pay October 2022 plan payment to the Trustee's office by 10/31/2022

  or the case will be dismissed at the next hearing; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be

  adjourned to 11/9/2022 at 10:00AM.