Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18610−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       1/17/23
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,300.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐     will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☑     will reduce the amount to be paid to general unsecured
         creditors under the plan as follows: Pot Plan.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 1, 2022
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-18610-SLM |
| Alim R Bowman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: 137 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alim R Bowman, 10 Harrison Avenue, West Orange, NJ 07052-5912 |
| cr | + | Flagship Credit Acceptance LLC, c/o Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | Flagship Credit Corporation, C/O Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | THE MONEY SOURCE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | The Money Source Inc., 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |
| 517484507 | + | AHS Hospital Corp., PO Box 35510, Newark, NJ 07193-0001 |
| 517484508 | + | AHS Hospital Corporation, Attn: Richard Krieg, Esq., 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517484509 | + | American Diagnostic Imaging, 9-25 Alling Street, Newark, NJ 07102-5376 |
| 517484510 | + | Automobile Insurance Surcharge Collectio, PO Box 4850, Trenton, NJ 08650-4850 |
| 517484514 | + | East Orange General Hospital, 300 Central Avenue, East Orange, NJ 07018-2897 |
| 517484519 | + | Michael Harrison, Esq., 3155 Route 10 East, Ste. 214, Denville, NJ 07834-3430 |
| 517484520 | + | Phelan, Hallinan, Diamond & Jones, PC, 400 Fellowship Road, Ste. 100, Mount Laurel, NJ 08054-3437 |
| 517484521 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517632292 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 20:57:59 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517484511 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 20:58:06 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517484512 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 20:58:05 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517484513 | | Email/Text: documentfiling@lciinc.com | Dec 01 2022 20:54:00 | Comcast, PO Box 27505, Newark, NJ 07101 |
| 517635522 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 01 2022 20:55:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, Coppell, TX 75019-5877 |
| 517484515 | | Email/Text: FirstProgressCorrespondence@acttoday.com | Dec 01 2022 20:55:00 | First Progress, PO Box 9053, Johnson City, TN 37615-9053 |
| 517484517 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 01 2022 20:55:00 | Flagship Credit Acceptance, 3 Christy Drive, Ste. 201, Chadds Ford, PA 19317-9670 |
| 517484518 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 01 2022 20:55:00 | IC System Inc, PO Box 64378, Saint Paul, MN |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517592591 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2022 20:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517484522 | + | Email/Text: clientservices@remexinc.com | Dec 01 2022 20:55:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517634831 | + | Email/Text: bncmail@w-legal.com | Dec 01 2022 20:55:00 | SYNCHRONY BANK / Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517484523 | + | Email/Text: bankruptcy@savit.com | Dec 01 2022 20:55:00 | Sa-vit Collection Agency, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 517484524 | + | Email/Text: bankruptcy@sw-credit.com | Dec 01 2022 20:55:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517525040 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2022 20:58:16 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517484527 | + | Email/Text: BK@servicingdivision.com | Dec 01 2022 20:55:00 | The Money Source Inc, 500 S Broad Street, Meriden, CT 06450-6755 |
| 519459387 | + | Email/Text: BK@servicingdivision.com | Dec 01 2022 20:55:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517484528 | | Email/Text: bankruptcydepartment@tsico.com | Dec 01 2022 20:55:00 | Transworld, PO Box 15618, Dept. 940, Wilmington, DE 19850-5618 |
| 517484529 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 01 2022 20:55:00 | Transworld System Inc., 500 Virginia Drive, Ste. 514, Fort Washington, PA 19034-2733 |
| 517607850 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2022 20:58:15 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517583969 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 01 2022 20:54:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517634552 | | THE MONEY SOURCE, INC. |
| 517484525 | *+ | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517484526 | *+ | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517484516 | ##+ | First Progress/First Equity, PO Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022  Signature:  /s/Gustava Winters

Case 18-18610-SLM    Doc 178    Filed 12/03/22    Entered 12/05/22 00:26:41    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: 137 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE  INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor THE MONEY SOURCE  INC. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Alim R Bowman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Acceptance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8