| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on January 13, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ALIM R BOWMAN | Case No.:  18-18610SLM<br><br>Hearing Date:  1/11/2023<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 13, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-18610SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

     THIS MATTER having been scheduled before the Court on 01/11/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that in the event any e-payment to Trustee is reversed, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/22/2023 at 8:30 am.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-18610-SLM
Alim R Bowman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jan 13, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alim R Bowman, 10 Harrison Avenue, West Orange, NJ 07052-5912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor THE MONEY SOURCE INC. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Alim R Bowman herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Acceptance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor Flagship Credit Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8