# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

June 5, 2023

Honorable Stacey Meisel, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

 Re: Alim Bowman, Debtor(s)
   18-18610
   Chapter 13
   Proceeding: Trustee's Default Certification
   Hearing Date: To Be Determined

Dear Judge Meisel:

 Please accept this letter in opposition to the above matter.

 The certification states that the debtor is $1,410 in arrears with trustee payments, which is also the remaining balance to complete the case.  The deadline to respond to the certification is today.  I have attempted to contact the debtor to file a formal response but have thus far not heard back.

 I would therefore request that the court schedule a hearing on the matter with the expectation that a more formal response could be filed in the interim.

      Respectfully submitted,

      /S/ HERBERT B. RAYMOND, ESQ.
      ------------------------------
      HERBERT B. RAYMOND, ESQ.