Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−18610−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alim R Bowman
   10 Harrison Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−2799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/28/23 at 10:00 AM

to consider and act upon the following:

*204* – Certification in Opposition to (related document:202 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/5/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Alim R Bowman. (Raymond, Herbert)

Dated: 6/6/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court