*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

**Alim R Bowman, Debtor**

Case No. **18-18610**

Chapter: **13**

Judge: **Stacey L. Meisel, U.S.B.J.**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Alim R Bowman**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **July 26, 2023**            /s/ **Alim R Bowman**
                                    **Alim R Bowman**
                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*